**Order filed October 11, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00846-CR
_____

**GARY WAYNE FILM, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 185th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1361607**

## ORDER

Our review has determined that relevant items have been omitted from the clerk's record filed in this court. *See* Tex. R. App. P. 34.5(c). The record does not contain:

(1) the indictment or information, any special plea or defense motion that was presented to the court and overruled, any written waiver, any written stipulation, and, in cases in which a plea of guilty or nolo contendere has been entered, any documents executed for the plea;

(2) the court's docket sheet;

(3) the court's charge and the jury's verdict, or the court's findings of fact and conclusions of law;

(4) the court's judgment or other order that is being appealed;

(5) any request for findings of fact and conclusions of law, any post-judgment motion, and the court's order on the motion;

(6) any formal bill of exception;

(7) any request for a reporter's record, including any statement of points or issues under Rule 34.6(c);

(10) any request for preparation of the clerk's record; and

(11) any filing that a party designates to have included in the record.

The Harris County District Clerk is directed to file a supplemental clerks record on or before **October 21, 2013**, containing the items listed above.

If any of the omitted items are not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.


PER CURIAM